No. 94–2071. TEXACO INC. ET AL. *v.* WILLIAMS ET AL. C. A. 5th Cir. Motion of petitioners to consolidate this petition with No. 94–1387, *Yamaha Motor Corp., U. S. A., et al.* v. *Calhoun et al., Individually and as Administrators of the Estate of Cal-*

*houn, Deceased* [certiorari granted, 514 U. S. 1126], denied. Certiorari denied.